No. 97–28. GLANTON, TRUSTEE OF THE BARNES FOUNDATION, ET AL. v. DAVIS ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–30. DETERESI v. CITY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–32. WEST v. MORRISON'S HOSPITALITY GROUP ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–33. MILLER v. ALABAMA STATE BAR. Sup. Ct. Ala. Certiorari denied.

No. 97–34. HICKS v. WESTINGHOUSE MATERIALS CO. ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 97–35. GREGG v. OREGON. Ct. App. Ore. Certiorari denied.

No. 97–36. RENDON ET AL. v. EXCEL CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–37. STEERE v. JEPPESEN SANDERSON, INC. C. A. 10th Cir. Certiorari denied.

No. 97–38. CANNON v. BRISTOL, TENNESSEE, BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–39. NAUMOV v. UNIVERSITY OF PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 97–40. BUSKIRK ET AL. v. GEORGIA ET AL. Sup. Ct. Ga. Certiorari denied.

No. 97–41. YOUNG v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–43. ST. CHARLES COUNTY v. MISSOURI FAMILY HEALTH COUNCIL. C. A. 8th Cir. Certiorari denied.

No. 97–45. STERN v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.